# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDRIC LA CROSSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00698-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 15) |

Plaintiff James Fredric La Crosse ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On January 2, 2020, a stipulation was filed for an extension of time for Plaintiff to file his opening brief.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before **February 5, 2020**;
2. Defendant's response to Plaintiff's opening brief shall be filed on or before **March 6, 2020**; and
3. Plaintiff's reply, if any, shall be filed on or before **March 23, 2020**.

IT IS SO ORDERED.

Dated: __**January 3, 2020**__

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1